

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00380-CV

**IN RE W.W.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: August 5, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On January 27, 2020, Relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on July 28, 2020. The real party in interest filed a response.

After considering the petition, the response, and the record, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on July 28, 2020 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-17241, styled *In the Interest of W.W., a Child*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the temporary orders at issue in this original proceeding.